**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Andy Rawlins, : | |
| : | Civil Action No.: 1:12-cv-11385-MLW |
| Plaintiff, : | |
| v. : | |
| : | |
| Conserve; and DOES 1-10, inclusive, : | |
| : | |
| Defendants. : | |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
<u>**PURSUANT TO RULE 41(a)**</u>

Andy Rawlins ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 17, 2012

                                                                               Respectfully submitted,

                                                                               By: <u>/s/ Sergei Lemberg</u>

                                                                                   Sergei Lemberg, Esq.
                                                                                  BBO No.: 650671
                                                                                  Lemberg & Associates L.L.C.
                                                                                  1100 Summer Street, 3rd Floor
                                                                                 Stamford, CT 06905
                                                                                 Telephone: (203) 653-2250
                                                                                 Facsimile:  (203) 653-3424
                                                                                 Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 17, 2012, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                By /s/ Sergei Lemberg
                   Sergei Lemberg